FILED

MAY 31 1991

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )       CASE NO. 91-938N
                                )
            Plaintiff,          )
                                )
        v.                      )       ORDER OF DETENTION AFTER HEARING
JESUS TEOFILO TAVIZON           )       (18 U.S.C. § 3142(i))
                                )
            Defendant.          )
_____)

        A.    (✓)  On motion of the Government involving an
alleged

              1.   (  )  crime of violence;

              2.   (  )  offense with maximum sentence of life
                         imprisonment or death;

              3.   (✓)  narcotics or controlled substance
                         offense with maximum sentence of ten or
                         more years (21 U.S.C. §§ 801,/951, et.
                         seq../955a);

              4.   (  )  felony - defendant convicted of two or
                         more prior offenses described above.

/

ENTERED ON COURTRAN

JUN 5 1991

B.   On motion (  ) (by the Government/(  ) (by the Court <u>sua</u> <u>sponte</u> involving)

    1.   (  ) serious risk defendant will flee;

    2.   (  ) serious risk defendant will

        a.   (  ) obstruct or attempt to obstruct justice;

        b.   (  ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions which the Court may impose under the Act will reasonably assure:

A.   ( ✓ ) appearance of defendant as required;

and/or

B.   ( ✓ ) safety of any person or the community;

## III.

The Court has considered:

A.   (  ) the nature and circumstances of the offense;

B.   (  ) the weight of evidence against the defendant;

C.   (  ) the history and characteristics of the defendant;

D.   (  ) the nature and seriousness of the danger to any person or the community.

## IV.

The Court concludes:

A.   (  ) the offense involves _____

_____

_____

B.  (  )  the evidence shows _____

_____

_____

C.  (  )  history and characteristics indicate a serious

risk that defendant will flee because: _____

_____

_____

D.  (  )  defendant poses a risk to the safety of other

persons or the community because: _____

_____

_____

E.  (  )  a serious risk exists that defendant will:

1.   (  )   obstruct or attempt to obstruct justice;

2.   (  )   threaten, injure or intimidate a

witness/juror;

Because: _____

_____

_____

F.  ( ✓ )  defendant has not rebutted by sufficient

evidence to the contrary the presumption

provided in 18 U.S.C. § 3142(e).


IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far

as practicable in a corrections facility separate from persons

awaiting or serving sentences or persons held pending appeal.

/

/

-3-

1        IT IS FURTHER ORDERED that defendant be afforded

2 reasonable opportunity for private consultation with counsel and

3 be produced for all hearings.

4 DATED: 5-31-91

JOHN R. KRONENBERG
UNITED STATES MAGISTRATE JUDGE

W.O.P.